174 A.3d 515

DAVANNE REALTY COMPANY, PLAINTIFF–RESPONDENT, v. THE DIAL CORPORATION, DEFENDANT–PETITIONER.

C–138 September Term 2017
079696

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005144–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.